UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN JAY LACEY,

                    Plaintiff,

          -against-                                    24-CV-9294 (LTS)

MERRILL LYNCH GLOBAL WEALTH                            ORDER
MANAGEMENT,

                    Defendant.

LAURA TAYLOR SWAIN, Chief United States District Judge:

          Plaintiff filed this matter *pro se* and *in forma pauperis* (IFP). By order dated April 22, 2025, the Court dismissed the complaint under Rule 41(b) of the Federal Rules of Civil Procedure, for failure to comply with the Court's March 18, 2024 Standing Order. Plaintiff filed a motion for reconsideration, and thereafter he filed a motion to dismiss the complaint without prejudice. Because the Court already dismissed the matter without prejudice, the Court denies the motions as unnecessary, and the Clerk of Court is directed to terminate them. (ECF 9, 10.)

          The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

  Dated:    February 4, 2026
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge